# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 17-24020MP |
| | Citizenship: MEXICO |
| Francisco Gonzalez-Lopez | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about June 13, 2017, at or near Naco, Arizona, in the District of Arizona, Francisco GONZALEZ-Lopez, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

   On or about June 13, 2017, agents found Francisco GONZALEZ-Lopez in the United States of America at or near Naco, Arizona without the proper immigration documents. Furthermore, Francisco GONZALEZ-Lopez admitted to illegally entering the United States of America from Mexico on or about June 13, 2017, at or near Naco, Arizona at a time and place other than designated by immigration officials.

File Date: 06/14/2017

at Tucson, Arizona

Trevor McDonald, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 06/14/2017

**D Thomas. Ferraro**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                    CASE: 17-24020MP

vs.

Francisco Gonzalez-Lopez

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Francisco Gonzalez-Lopez, was represented by counsel, Nicholas Bischoff (CJA).

The defendant pled guilty to the Complaint on 06/14/2017. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
| --- | --- | --- |
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 06/13/2017 |

As pronounced on 06/14/2017, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

The defendant is advised of defendant's right to appeal by filing a notice of appeal in writing within 14 days of entry of judgment.

Signed on Wednesday, June 14, 2017.

D Thomas. Ferraro
United States Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 06/14/2017     Case Number: 17-24020MP

USA vs. **Francisco Gonzalez-Lopez**
U.S. MAGISTRATE JUDGE: D THOMAS. FERRARO     Judge AO Code: 70BU
ASSIGNED U.S. Attorney: Travis Ausland
INTERPRETER REQ'D: Ignacio Barrientos, Spanish
Attorney for Defendant: Nicholas Bischoff (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **06/13/2017**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:     Nicholas Bischoff (CJA) is appointed as attorney of record for defendant.

|  |  |
|---|---|
| Recorded by Courtsmart | COP: 1 |
| BY: Rose Chavez | Sent: 0 |
| Deputy Clerk | IA: 0 |
| Start: 1:37 Stop: 2:51 | |